**Opinion issued August 6, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00126-CV

————————————

**DARIEN VIVERO CAPOCHE, Appellant**

**V.**

**PHILLIPPE CAMILLE JULIEN MAGNIER, Appellee**

On Appeal from the 257th District Court
Harris County, Texas
Trial Court Case No. 2010-31777

## MEMORANDUM OPINION

Appellant, Darien Vivero Capoche, has filed a motion to dismiss the appeal.

No opinion has issued. Accordingly, we grant the motion and dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

## PER CURIAM

Panel consists of Justices Jennings, Brown, and Huddle.